IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02477-WYD-MJW

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MESA,

    Plaintiff(s),

v.

DEVERE M. BREDVIK,

    Defendant(s).

## ORDER DIRECTING REMAND

THIS MATTER is before the Court on Defendant's Notice of Removal Pursuant to 28 U.S.C. § 1446, filed December 7, 2005.  Upon review of the Notice of Removal, and the pleadings and papers attached thereto, I have determined that this matter should be remanded to the District Court for the County of Mesa, Colorado.

There is a presumption against removal jurisdiction, *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995), and statutes conferring jurisdiction upon the federal courts, particularly removal statutes, are to be narrowly construed." *Pritchett v. Office Depot, Inc.*, 420 F.3d 1090, 1094-95 (10th Cir. 2005).  28 U.S.C. § 1446, provides that a Notice of Removal "shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."  Plaintiff commenced this action with the filing of a Summons, Lis Pendens, and Verified Complaint for Injunctive Relief in the District Court for Mesa County, Colorado, on August 14, 2003.  Defendant

was personally served with copies of these pleadings on September 8, 2003.  Thus, Defendant's Notice of Removal could have been filed no later than October 8, 2003. Defendant's Notice of Removal is untimely.  Accordingly, it is

ORDERED that this matter be **REMANDED** to the District Court for Mesa County, State of Colorado.

Dated:  December 16, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge